AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 14 2016

MATTHEW J. DYKMAN
CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Aaron M. Baker | ) | Case No. |
| | ) | |
| | ) | 16 mj 987 |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____14 March 2016____ in the county of ____Bernalillo____ in the ____KAFB____ District of ____New Mexico____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| NMSA 30-3-12 | Assault against a househld member |
| NMSA 30-3-18 | Criminal damage to property of household member |
| w/ Title 18 USC SEC 13 | LAWS OF STATES ADOPTED FOR AREAS WITHIN FEDERAL JURISDICTION |

This criminal complaint is based on these facts:

On 14 March 2016 at approximately 0323 hrs, Aaron M. Baker was involved in an altercation with his wife Alexandria Baker. During the altercation, Mr. Baker began punching holes in the walls and doors of the residence. Mrs. Baker stated she had become fearful of the actions by Mr. Baker and requested the presence of Law Enforcement personnel.

☑ Continued on the attached sheet.

*Complainant's signature*

SrA Douglas L. Fox/Installation Patrolman
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 14 MAR 2016

*Judge's signature*

Steven L. Yarbrough
*Printed name and title*
U.S. Magistrate Judge

City and state: Albuquerque, NM

ATTACHMENT A

AFFIDAVIT

I, SrA Douglas Fox, having been duly sworn, hereby depose and state as follows:

1. I am a Police Officer with the United States Air Force assigned to the 377th Security Forces Squadron at Kirtland Air Force Base (KAFB), New Mexico. I have been in my current position since 2012 and I have conducted and directed misdemeanor and felony investigations impacting the U.S. Air Force.

2. Your affiant reasonably relies on the information identified in this affidavit and application. This information is of the quality routinely and properly relied upon by law enforcement personnel in conducting investigations and analyzing the existence of probable cause to believe crimes, such as those being investigated in this matter, are being or have been committed. Those supplying the information are reliable, in many instances, in that they are employees of the institutions identified elsewhere in this affidavit, who supplies the information to government authorities, knowing that authorities would rely on it and that the individuals and institutions are obligated to provide truthful information to law enforcement personnel when making reports of crimes and the facts and circumstances surrounding such reported crimes, or they are Security Forces employees, victims and witnesses. The statements received are corroborated by each other and by evidence obtained during this investigation.

3. This affidavit is made in support of an arrest of Aaron M. Baker. Under Title 18, United States Code, Section 13, Assimilative Crimes Act, within the exclusive jurisdiction of Kirtland AFB, NM. Offense Description: New Mexico Statute 30-3-12/Assault against a household member and New Mexico Statute 30-3-18/Criminal damage to property of household member; deprivation of property of household member.

4. On 14 March 2016, at approximately 0323 hours, The 377th Security Forces Squadron, Base Defense Operations Center (BDOC), KAFB, NM received a radio transmission from Mathew Scott stating he received a telephone call at the Gibson Gate from Alexandria Baker stating she had been involved in an altercation with her husband and requested law enforcement to assist.

5. At 0325 hours, FOX arrived on scene and made contact with Alexandria Baker. Ms. Baker stated she was involved in a verbal altercation with Aaron M. Baker over a divorce which began to escalate. Mrs. Baker was assisted out of the room by witness Galovin, Susan to the guest bedroom where Mr. Baker began punching holes in the walls, cursing, and began punching his way into the guest bedroom. Mrs. Baker grabbed a shotgun believing Mr. Baker would enter to cause harm. Galovin calmed Mr. Baker who then walked out of the household. Fox made contact with Mr. Baker

ATTACHMENT A

AFFIDAVIT

with Mr. Baker who stated he did in fact punch the walls and doors during the argument. Mr. Baker had cuts and scratches along his wrist and arm.

6. Based on the information provided in this affidavit, I believe there is probable cause to arrest the defendant under Title 18 United States Code, Section 13, incorporating NMSA 30-3-12/Assault against a household member and NMSA 30-3-18/Criminal damage to property of household member, deprivation of property of household member.

_____
SrA Douglas L. Fox, Installation Patrolman

Subscribed and sworn before me on this 14 day of March 2016.

_____
Steven C. Yarbrough
United States Magistrate Judge